```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSEPH RODRIGUEZ,                                                  :
                                                                   :
                           Plaintiff,                              :
                                                                   :    19-cv-4553 (LJL)
            -v-                                                    :
                                                                   :        ORDER
COMMISSIONER OF SOCIAL SECURITY,                                   :
                                                                   :
                           Defendant.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

LEWIS J. LIMAN, United States District Judge:

On May 27, 2020, Magistrate Judge Fox issued a Report and Recommendation recommending that the Court grant Defendant's motion for judgment on the pleadings. Dkt. No. 19. Magistrate Judge Fox advised the parties that they had fourteen days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and GRANTS Defendant's motion for judgment on the pleadings.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                    United States District Judge