**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSEPH RODRIGUEZ,

|  |  |
|---|---|
| Plaintiff, | 19 **CIVIL** 4553 (LJL) |
| -against- | **JUDGMENT** |

COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Order dated September 29, 2020, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none. The Report and Recommendation is ADOPTED in its entirety and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 29, 2020

                                        **RUBY J. KRAJICK**
                                _____
                                        **Clerk of Court**
                        **BY:**      *K. Mango*
                                _____
                                        **Deputy Clerk**